## EL MUNICIPIO DEL DORADO v. EL CURA PÁRROCO DEL PUEBLO DEL DORADO.

Acción entablada ante el Tribunal Supremo como tribunal de primera instancia, sobre reivindicación de bienes inmuebles.

No. 12.—Resuelto en octubre 31, 1912.

JURISDICCIÓN ORIGINAL DEL TRIBUNAL SUPREMO—RECLAMACIONES DE UN MUNICIPIO CONTRA EL CURA PARROCO DE UN PUEBLO.—De acuerdo con la Ley de Marzo 10, 1904, confiriendo jurisdicción original a este tribunal para conocer de ciertas reclamaciones de la Iglesia Católica Romana de Puerto Rico, este Tribunal no tiene jurisdicción para conocer de una acción entablada por un municipio contra el cura párroco de un pueblo, pues la acción no se dirige contra la Iglesia Católica Romana en Puerto Rico, cuyo representante es el Obispo Católico.

Los hechos están expresados en la opinión.

Abogado del demandante:  *Sr. Rafael López Landrón.*

Abogado del demandado:  *Sr. Juan Hernández López.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Con fecha 26 de septiembre próximo pasado, el municipio del Dorado, representado por su Alcalde Don Pedro López, radicó demanda en la Secretaría de esta Corte Suprema, contra el Cura Párroco de dicho pueblo, cuyo nombre no expresa, con súplica de que en su día se dictara sentencia declarando de la propiedad del demandante, la casa y solar que se describen en dicha demanda y condenando a la parte demandada a su restitución e indemnización de $3,000 en concepto de daños y perjuicios, con intereses legales y las costas del litigio.

Emplazado para contestar la demanda, Don José Ballesteros Muñoz, cura encargado de la Parroquia del Dorado, opuso a ella como excepción previa, la de que, siendo esta corte un tribunal de apelación y no refiriéndose el pleito promovido a una cuestión entre un municipio y la Iglesia Católica Romana, carecía de jurisdicción original para conocer de dicha demanda.

La excepción previa fué discutida por ambas partes en el día señalado para la vista, haciendo cada una de ellas las alegaciones que estimó conducentes.

Examinemos la demanda en relación con la ley de 10 de marzo de 1904, "Confiriendo jurisdicción original al Tribunal Supremo de Puerto Rico para conocer sobre ciertas propiedades reclamadas por la Iglesia Católica Romana de Puerto Rico, y resolver acerca de las mismas."

Esa ley en sus secciones 1ª. y 5ª. confiere jurisdicción original al Tribunal Supremo de Puerto Rico para conocer de todas las cuestiones pendientes o que pudieren suscitarse entre la Iglesia Católica Romana en Puerto Rico y El Pueblo de Puerto Rico o cualquier municipio de la Isla, que afecten a derechos de propiedad, ya sea ésta inmueble, mueble o

mixta, reclamados por cualquiera de las partes y para resolver acerca de las mismas.

En el presente caso el municipio del Dorado presenta demanda contra el Cura Párroco de dicho pueblo en reclamación de propiedad inmueble, pero no contra la Iglesia Católica Romana en Puerto Rico, cuyo representante es el Obispo Católico. Siendo ello así, resalta a la simple vista sin necesidad de razonamientos, que esta Corte Suprema carece de jurisdicción para conocer de la cuestión suscitada entre el municipio del Dorado y su Cura Párroco.

No discutiremos dentro de qué término puede el municipio del Dorado entablar reclamación de propiedad inmueble contra la Iglesia Católica Romana en Puerto Rico, pues como no la ha presentado, sino contra el Cura Párroco de dicho pueblo, huelga toda discusión sobre el particular.

Por las razones expuestas, procede declarar con lugar la excepción propuesta y desestimar la demanda, por falta de jurisdicción de esta corte, sin perjuicio de que la parte demandante pueda ejercitar ante corte competente, los derechos de que se crea asistida.

*Desestimada la demanda.*

Jueces concurrentes: Sres. Asociados MacLeary, Wolf y Aldrey.

El Juez Asociado Sr. del Toro no tomó parte en la resolución de este caso.